# Third District Court of Appeal

## State of Florida

Opinion filed March 18, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1483
Lower Tribunal No. F18-16901
_____

**Rondell Lyles**,
Appellant,

vs.

**State of Florida**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Christine Hernandez, Judge.

Carlos J. Martinez, Public Defender, and Deborah Prager, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General, and David Llanes, Assistant Attorney General, for appellee.

Before MILLER, LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed.  See Sochor v. State, 883 So. 2d 766, 771–72 (Fla. 2004)

("When we review a circuit court's resolution of a Strickland claim . . . we apply a mixed standard of review because both the performance and the prejudice prongs of the Strickland test present mixed questions of law and fact. We defer to the circuit court's factual findings, but we review de novo the circuit court's legal conclusions." (citations omitted)); Griffin v. State, 639 So. 2d 966, 968 (Fla. 1994) ("[Evidence which is inextricably intertwined with the crime charged] is admissible under section 90.402 because 'it is a relevant and inseparable part of the act which is in issue. . .. [I]t is necessary to admit the evidence to adequately describe the deed.'" (quoting Charles W. Ehrhardt, Florida Evidence § 404.17 (1993 ed))).